IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No.: 14-24269 |
| EUGENE V VAJGER | * | Chapter 13 |
| | * | |
| Debtor | * | |
| | * | |

**LINE**
**WITHDRAWING DOCUMENT # 48**

MADAM CLERK:

Please withdraw document #48 which is Opposition to Trustee's Motion to Dismiss.

Respectfully submitted,

/s/Edward V. Hanlon
Edward V. Hanlon, Esq. FedBar No. 05757
Law Office of Edward V. Hanlon, Chartered
5510 Cherrywood Lane, Suite G
Greenbelt, Maryland   20770
(301) 474-1800
bankruptcy-courts@verizon.net

*CERTIFICATE OF SERVICE*

I certify that on this date one copy of the forgoing was sent by ECF to the Trustee **Nancy Spencer Grigsby** c/o   grigsbyecf@ch13md.com.

/s/ Edward V. Hanlon                                                                             10/15/18
Edward V. Hanlon, Esq.                                                                            Date